WILLIAM FARNUM v. NORTH DOCK REALTY Co., INC., Impleaded with FRIESTEDT UNDERPINNING COMPANY.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GUSTAV J. STAATS v. NORTH DOCK REALTY Co., INC., Impleaded with FRIESTEDT UNDERPINNING COMPANY.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY BEACH MURDOCK v. REA ALLEN MURDOCK.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RICHARD R. SCHACK v. DAISY M. SCHACK.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM FARNUM v. NORTH DOCK REALTY Co., INC., Impleaded with FRIESTEDT UNDERPINNING COMPANY.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GUSTAV J. STAATS v. NORTH DOCK REALTY Co., INC., Impleaded with FRIESTEDT UNDERPINNING COMPANY.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NICK CERCIELLO, Trading as ALBA DRESS MANUFACTURING COMPANY, v. STANDARD ACCIDENT INSURANCE COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SIMON R. KALMANOFF v. RUTH LEWINSON, as Receiver, etc., Impleaded with KORNBLUTH & ROTHENBERG.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NEW AMSTERDAM CASUALTY COMPANY v. KARP METAL PRODUCTS Co., INC.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FELIX D'ALBORA and Another v. ERIE RAILROAD COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RAYBAR REALTY Co., INC., v. EISNER REALTY Co., INC., a Domestic Corporation, Impleaded, etc.— Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

UNITED KNIHYNICZER INDUSTRIAL CORPORATION v. MORRIS FEDERGREEN, Impleaded, etc.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS STERN v. JOHN A. MARCATO.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GEORGE EISENBERG v. DZIAMBOR BROS.,· INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE A. MCMANUS v. THE WARDEN OF THE CITY PRISON. THE PEOPLE OF THE STATE OF NEW YORK.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LEWIS H. MAY Co., INC., v. SOL MANGEL.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LEWIS H. MAY Co., INC., v. SOL MANGEL.— Motion granted upon appellant's